Eula Mae **HICKS**, Administratrix of the
Estate of Jimmie Hicks, deceased,
Appellant,

v.

**MISSOURI PACIFIC RAILROAD.**

**No. 16488.**

United States Court of Appeals
Eighth Circuit.

Oct. 20, 1960.

G. E. Snuggs, El Dorado, Ark., for appellant.

Robert Light, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, 181 F.Supp. 648.

---

**NATIONAL LABOR RELATIONS
BOARD, Petitioner**

v.

**MISSOURI BOAT CONSTRUCTION CO.,
Inc., et al.**

**No. 16603.**

United States Court of Appeals
Eighth Circuit.

Oct. 21, 1960.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., and Dominick L. Manoli, Associate Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of Labor Board enforced on petition for enforcement and stipulation filed with board.

---

**UNITED STATES of America,**
Appellant

v.

**MIDSOUTH GAS CO.**

**No. 16604.**

United States Court of Appeals
Eighth Circuit.

Oct. 21, 1960.

Osro Cobb, U. S. Atty., Little Rock, Ark., for appellant.

Wm. H. Bowen, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

---

**UNITED STATES of America,**
Appellant

v.

**NASH–FINCH COMPANY.**

**No. 16609.**

United States Court of Appeals
Eighth Circuit.

Oct. 25, 1960.

Fallon Kelly, U. S. Atty, St. Paul, Minn., for appellant.

Hayner Larson and Raymond Scallen, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties without costs to either party, 184 F.Supp. 735.